| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Conway, Anne C. | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>05/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior United States District | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Room 6750
401 W. Central Blvd
Orlando, FL 32801-0675

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smokey Partnership, LLLP, Ltd Ptner | C | Interest | O | U | | | | | |
| 2. Note Receivable from 4Marks, LLC | C | Interest | L | T | Matured (part) | | J | A | See part VIII |
| 3. Carlton Fields Profit Sharing Plan Trust (H): | | | | | | | | | |
| 4. -Harbor Cap Appreciation Fund | C | Dividend | M | T | | | | | |
| 5. -JPMorgan Mid-Cap Growth/P | D | Dividend | M | T | | | | | |
| 6. - Vanguard Instl Index 500 | C | Dividend | N | T | | | | | |
| 7. Wells Fargo | A | Interest | L | T | | | | | |
| 8. Smokey Partnership, LLLP, Gen Ptr | A | Interest | K | U | | | | | |
| 9. Wells Fargo - acct | A | Interest | L | T | | | | | |
| 10. Ameritrade Brokerage acct (H): | | | | | | | | | |
| 11. - Berkshire Hathaway B | | None | L | T | | | | | |
| 12. - Ishares Tr Barclays US Agg Bond Fund | C | Dividend | M | T | | | | | |
| 13. - US Treas Sec Stripped 2021 | B | Interest | L | T | | | | | |
| 14. - US Treas Sec Stripped 2022 | B | Interest | L | T | | | | | |
| 15. - US Treas Sec Stripped 2023 | B | Interest | L | T | | | | | |
| 16. -DFA US Core Equity 2 | D | Dividend | N | T | | | | | |
| 17. - Harbor Int'l Institutional Fd | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Loomis Sayles Bond Fund | D | Dividend | M | T | | | | | |
| 19. - Oppenheimer Dev Mkts | A | Dividend | J | T | | | | | |
| 20. - Pimco Emerging Local | C | Dividend | L | T | | | | | |
| 21. - Vanguard Intermed Term | D | Dividend | N | T | | | | | |
| 22. - Ally Bk Midvale UT CD | A | Interest | | | Redeemed | 03/01/16 | L | A | |
| 23. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | L | T | | | | | |
| 24. - Ameritrade FDIC Insured Dep a/c | A | Interest | K | T | | | | | |
| 25. - Templeton Global Bond Fund | A | Interest | K | T | | | | | |
| 26. Trust #1: | | | | | | | | | |
| 27. - Wells Fargo, common stock | A | Dividend | K | T | | | | | |
| 28. - Hubbel, Inc. Class B common stock | C | Dividend | M | T | | | | | |
| 29. - VF Corporation common stock | C | Dividend | M | T | | | | | |
| 30. - Laurel Homes, Inc common stock | | None | O | U | | | | | |
| 31. - Arbor Properties, Inc common stock | E | Distribution | O | U | | | | | |
| 32. - Laurel Agency, Inc. common stock | | None | J | U | | | | | |
| 33. - Laurel Builders, Inc. common stock | | None | O | U | | | | | |
| 34. - Schrimsher Exploration, Ltd - Ltd Partner | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Note Receivable from 4Marks, LLC | C | Interest | L | T | Matured (part) | | J | A | See part VIII |
| 36. - Smokey Partnership, LLLP,Ltd Ptr | A | Interest | M | U | | | | | |
| 37. --Power Secure Stock | | | | | Sold | 06/20/16 | K | D | |
| 38. - Ameritrade Brokerage (H): | | | | | | | | | |
| 39. --Ishares TR Russell 1000 Growth Index Fund | D | Dividend | O | T | | | | | |
| 40. --DFA 1 year Fixed Income | B | Dividend | N | T | | | | | |
| 41. -- DFA Int'l Small Co. Port | C | Dividend | L | T | | | | | |
| 42. --DFA Inv't 2 year Global Fixed | C | Dividend | N | T | | | | | |
| 43. --DFA Emerging Markets | B | Dividend | L | T | | | | | |
| 44. --DFA Large Cap Int'l | C | Dividend | M | T | | | | | |
| 45. -- Vanguard Emerging Markets | B | Dividend | L | T | | | | | |
| 46. --Vanguard Short Term Treasury | B | Dividend | M | T | | | | | |
| 47. --Vanguard Inflation Protected | D | Dividend | N | T | | | | | |
| 48. --Vanguard Value Index | D | Dividend | N | T | | | | | |
| 49. --Vanguard Small Cap | C | Dividend | M | T | | | | | |
| 50. --Ameritrade FDIC Insured Dep a/c | A | Interest | K | T | | | | | |
| 51. -- Ishares TR Russell 2000 Growth Fund | C | Dividend | N | T | Sold (part) | 04/07/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conway, Anne C. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item  3 - Duplex property  was sold on 9/30/15.  A 10 year mortgage receivable was received.  Collection of the Note receivable is monthly.   Installment sale tax implications resulting in current year gain recognized monthly.

Part VII item 57 - Duplex property  was sold on 9/30/15.  A 10 year mortgage receivable was received.  Collection of the Note receivable is monthly.   There is no current or future years' installment gain associated with the sale of this property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544